UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 23-9391-MWF(RAOx)                                Date: March 22, 2024

Title   *Jesus Garcia v. Rosa Benitez Carbajol, et al.*

Present: The Honorable:   **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

On February 9, 2024, Plaintiff and Defendant SC Port, LLC, filed a Stipulation to set aside the default as to that Defendant. (Docket No. 22). On February 12, 2024, the Court granted the parties' Stipulation, set aside the default as to Defendant SC Port, LLC, and ordered Defendant to respond to the Complaint no later than March 13, 2024. (*See* Order, Docket No. 23). As of March 21, 2024, Defendant has not filed a response to the Complaint.

The Court now **ORDERS** Plaintiff to **SHOW CAUSE** why this action should not be dismissed as to Defendant SC Port, LLC. In response to this Order, the Court will accept the following no later than **MARCH 29, 2024**:

- ■ BY DEFENDANT: Response to the Complaint. Alternatively, the parties may file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

    OR

- ■ BY PLAINTIFF: An Application to Clerk to Enter Default.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-9391-MWF(RAOx)**                                      Date:  March 22, 2024

Title           *Jesus Garcia v. Rosa Benitez Carbajol, et al.*

respond to the Order to Show Cause by **MARCH 29, 2024**, will result in the dismissal of Defendant SC Port, LLC from this action.

   IT IS SO ORDERED.